**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**MARCUS ROBERSON**                                                                  **PETITIONER**

**V.**                                          **NO. 2:02CR076-WAP**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

## ORDER

The Petitioner was convicted and sentenced on April 7, 2004 and judgment was entered on April 20, 2004. The Petitioner timely pursued an appeal. His conviction and sentence was affirmed on March 11, 2005. The Petitioner is now asking the court for a copies without prepayment or cost.

The court nor the clerk's office provide copies free of charge. *Walker v. United States*, 424 F.2d 278, 279 (5th Cir. 1970) (a prisoner is not entitled to go on a fishing expedition by searching the record for possible error). Rather, the Petitioner is advised that he may request copies from the Clerk's Office at his own expense. The Petitioner should contact the Clerk's Office directly as to method and amount of payment. Therefore, the motion for copies (docket entry 90) is DENIED.

SO ORDERED this the 30th day of June, 2009.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE